**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-02293-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: December 3, 2007** | **Courtroom Deputy:** Ben Van Dyke |

VICKI R. DILLARD-CROWE,                                    *Pro se*

      **Plaintiff,**

      v.

AURORA LOAN SERVICES, LLC, *et al.*,                Susan J. Hendrick
                                                                              Alison Faryl Kyles
      **Defendant.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   STATUS CONFERENCE**
**Court in Session:      9:22 a.m.**
Court calls case.  Appearances of defense counsel and *pro se* plaintiff.

The parties discuss the status of the case with the Court.

**ORDERED:**     **Aurora Loan Services' Motion for Extension of Time to Answer or Otherwise Respond to Complaints [filed November 19, 2007; doc. 16] is denied for the reasons stated on the record.**

**ORDERED:**     **Plaintiff's oral motion to withdraw without prejudice her Motion for Temporary Restraining Order Pursuant to Rule 65(b) F.R.C.P. [filed November 15, 2007; doc. 3] is granted.  The Motion for Temporary Restraining Order is hereby withdrawn.**

**ORDERED:**     **Aurora Loan Services, LLC shall file a motion to dismiss by December 4, 2007.**

**ORDERED:**     **Plaintiff shall file a joint response to the motions to dismiss by December 24, 2007.**

HEARING CONCLUDED.

**Court in Recess:      10:38 a.m.**
Total In-Court Time:      01:16